# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Shaun Rosiere, )
　　　　　　　 )
　　　Plaintiff, )
　　　　　　　 )
　　vs. )
　　　　　　　 )
Frank Silva, Postal Employee; Ann Smith, )
Postal Employee; Brandon D. Lewis, Postal )
Employee; James S. Russell, D.O.J. )
Employee; Craig B. Shaffer, Judicial )
Employee; Jay Hoffman, D.O.J. Employee; )
Peter N. Katz, D.O.J. Employee; Robert )
Palka, Postal Employee; Kristen L. Mix, )
Judicial Employee; Frank E. Jones, Postal )
Employee; Robert Meyers, Postal )
Employee; Ralph J. Marra, D.O.J. )
Employee; Peggy A. Leen, Judicial )
Employee; Garrett E. Brown, Jr., Judicial )
Employee; and United States of America, )
　　　　　　　 )
　　　Defendants. )
_____ )

Case No.: 10-cv-01269-GMN-LRL

### ORDER

(Plaintiff, Shaun Rosiere's Motion for
Voluntary Dismissal--ECF #28;
Defendant United States of America's
Motion to Dismiss--ECF #22; and
Defendant, Robert Palka's Motion to
Dismiss for Lack of Jurisdiction--ECF #15)

　　　Before the Court is Plaintiff's Motion for Voluntary Dismissal (ECF #28),  Defendant

United States of America's Motion to Dismiss (ECF #22) and Defendant, Robert Palka's

Motion to Dismiss for Lack of Jurisdiction (ECF #15).  Patrick A. Rose, Assistant United

States Attorney, counsel for Defendant, United States of America, filed a Non-Opposition to

Plaintiff's Motion for Voluntary Dismissal (#30) on October 14, 2010, and Stephen G. Keim,

Esq., counsel for Defendant, Robert Palka, filed a Non-Opposition to Plaintiff's Motion for

Voluntary Dismissal (#31) on October 20, 2010.  An action may be dismissed at the

plaintiff's request under Rule 41(a) of the Federal Rules of Civil Procedure.  Unless

otherwise noted, the dismissal is without prejudice.  *Id.*  Defendants have not served an

answer or motion for summary judgment.  The Plaintiff has requested that the dismissal be without prejudice.

There being no opposition to the voluntary dismissal of this action, and with good cause appearing,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal (ECF #28) is **GRANTED**.  Plaintiff's request to dismiss this action without prejudice is granted.

**IT IS FURTHER ORDERED** that Defendant United States of America's Motion to Dismiss (ECF #22) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant, Robert Palka's Motion to Dismiss for Lack of Jurisdiction (ECF #15) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**. The Clerk of the Court shall enter judgment accordingly.

DATED this 26th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge